IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

MARVIN ACKLIN                                                                                      PLAINTIFF
ADC #087448

v.                                    CASE NO. 5:13CV00363 BSM

RAY HOBBS et al.                                                                                DEFENDANTS

## ORDER

The proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney have been reviewed. There have been no objections. After a review of the proposed findings and recommendations, it is concluded that they should be, and hereby are, adopted in their entirety.

IT IS THEREFORE ORDERED that defendants Hobbs, Kelly, Corizon Medical Services, Inc., and Kashif are DISMISSED for failure to state a claim upon which relief may be granted.

IT IS SO ORDERED this 7th day of February 2014.

_____
UNITED STATES DISTRICT JUDGE